| | |
|---|---|
| 1 | Beth E. Terrell, WSBA # 26759 |
| 2 | Toby J. Marshall, WSBA #32726 |
| 3 | Jennifer Rust Murray, WSBA #36983 |
|   | Attorneys for the Plaintiffs |
| 4 | TERRELL MARSHALL DAUDT & WILLIE PLLC |
|   | 936 North 34th Street, Suite 400 |
| 5 | Seattle, Washington 98103-8869 |
| 6 | Telephone: (206) 816-6603 |
|   | Facsimile: (206) 350-3528 |
| 7 | Email: bterrell@tmdwlaw.com |
| 8 | Email: tmarshall@tmdwlaw.com |
|   | Email: jmurray@tmdwlaw.com |
| 9 |   |
| 10 | [Additional Counsel Appear on Signature Page] |

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WASHINGTON

SHANNON BRONZICH and
CATHLEEN FARRIS, individually and on
behalf of a Class of similarly situated
Washington residents,

        Plaintiffs,

v.

PERSELS & ASSOCIATES, LLC, a
Maryland limited liability company; NEIL
J. RUTHER, a Maryland attorney; JIMMY
B. PERSELS, a Maryland attorney;
ASCEND ONE CORPORATION, a
Maryland corporation; CAREONE
SERVICES, INC., a Maryland
corporation; AMERIX CORPORATION,
a Maryland corporation; and JOHN DOES
1-5,

        Defendants.

NO. 2:10-cv-00364-EFS

**NOTICE OF CHANGE OF FIRM NAME**

**(Clerk's Action Required)**

NOTICE OF CHANGE OF FIRM NAME - 1
CASE NO. 2:10-cv-00364-EFS

1  TO:  THE CLERK OF THE COURT; and
2  TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD:

3      PLEASE TAKE NOTICE that Terrell Marshall & Daudt PLLC has
4  changed its name to Terrell Marshall Daudt & Willie PLLC. The firm's address,
5  email addresses and website address have recently changed and appear below.

6      DATED this 8th day of April, 2011.

7
8                        TERRELL MARSHALL & DAUDT
                          & WILLIE PLLC

9
10          By:  /s/ Beth E. Terrell, WSBA #26759
11               Beth E. Terrell, WSBA # 26759
             Toby J. Marshall, WSBA #32726
12               Jennifer Rust Murray, WSBA #36983
             Attorneys for the Plaintiffs
13               936 North 34th Street, Suite 400
14               Seattle, Washington  98103-8869
             Telephone:  (206) 816-6603
15               Facsimile:  (206) 350-3528
16               Email:  bterrell@tmdwlaw.com
             Email:  tmarshall@tmdwlaw.com
17               Email:  jmurray@tmdwlaw.com
18               www.tmdwlaw.com

19               Darrell W. Scott, WSBA #20241
20               Matthew J. Zuchetto, WSBA #33404
             Attorneys for the Plaintiffs
21               SCOTT LAW GROUP
22               926 W Sprague Avenue, Suite 583
             Spokane, Washington 99201
23               Telephone:  509-455-3966
24               Email: scottgroup@mac.com
             Email:  matthewzuchetto@mac.com
25
26               *Attorneys for Plaintiffs*

NOTICE OF CHANGE OF FIRM NAME - 2
CASE NO. 2:10-cv-00364-EFS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

## CERTIFICATE OF SERVICE

I, Beth E. Terrell, hereby certify that on April 8, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Rita V. Latsinova
>Leonard J Feldman
>Stevan David Phillips
>Attorneys for Defendant Persels & Associates LLC
>STOEL RIVES LLP
>600 University Street, Suite 3600
>Seattle, Washington  98101-4109
>Telephone:  206-624-0900
>Facsimile: 206-386-7500
>Email: rvlatsinova@stoel.com
>Email: ljfeldman@stoel.com
>Email: sdphillips@stoel.com
>
>Charles Matthew Andersen
>Attorneys for Defendants Careone Services Inc., Ascend One Corporation and Amerix Corporation
>WINSTON & CASHATT
>601 W Riverside Avenue, Suite 1900
>Spokane, WA  99201-0695
>Telephone:  509-838-6131
>Email: cma@winstoncashatt.com
>
>Brian Louis Moffet, *Admitted Pro Hac Vice*
>Lawrence Stephen Greenwald, *Admitted Pro Hac Vice*
>Attorneys for Defendants Careone Services Inc. and Ascend One Corporation
>GORDON, FEINBLATT, ROTHMAN, HOFFBERGER & HOLLANDER, LLC
>233 East Redwood Street
>Baltimore, MD 21202
>Telephone:  410-576-4291
>Email: bmoffet@gfrlaw.com
>Email: lgreenwald@gfrlaw.com

NOTICE OF CHANGE OF FIRM NAME - 3
CASE NO. 2:10-cv-00364-EFS

**TERRELL MARSHALL DAUDT & WILLIE PLLC**
936 North 34th Street, Suite 400
Seattle, Washington  98103-8869
TEL. 206.816.6603 • FAX 206.350.3528
www.tmdwlaw.com

```
 1     DATED this 8th day of April, 2011.
 2                         TERRELL MARSHALL DAUDT
 3                           & WILLIE
 4
 5                         By:    /s/ Beth E. Terrell, WSBA #26759
                                 Beth E. Terrell, WSBA # 26759
 6                               Attorneys for the Plaintiffs
 7                               936 North 34th Street, Suite 400
                                 Seattle, Washington  98103-8869
 8                               Telephone:  (206) 816-6603
                                 Facsimile:  (206) 350-3528
 9                               Email:  bterrell@tmdwlaw.com
10
11                         *Attorneys for Plaintiffs*
12
...
26
```

NOTICE OF CHANGE OF FIRM NAME - 4
CASE NO. 2:10-cv-00364-EFS